USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 25 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

TC SKYWARD AVIATION U.S., INC.,

                         Plaintiff,

      -against-

DEUTSCHE BANK AG, NEW YORK BRANCH,

                        Defendant.

------------------------------------- x

ORDER

20 Civ. 8157 (GBD)

GEORGE B. DANIELS, United States District Judge:

The March 3, 2021 conference is canceled.

Dated: New York, New York
       February 25, 2021

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge