UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

TC SKYWARD AVIATION U.S., INC.,

        Plaintiff,

 -against-

DEUTSCHE BANK AG, NEW YORK BRANCH,

        Defendant.

------------------------------------x

ORDER

20 Civ. 8157 (GBD)

GEORGE B. DANIELS, United States District Judge:

 Pursuant to this Court's Memorandum Decision and Order issued August 31, 2021, granting Plaintiff's Cross Motion for Summary Judgment, (ECF No. 40):

 It is hereby ORDERED, ADJUDGED, AND DECREED that Plaintiff TC Skyward Aviation U.S., Inc. shall have judgment as against Defendant Deutsche Bank AG, New York Branch.

 This matter is REFERRED to Magistrate Judge Sarah L. Cave for an inquest on damages.

Dated: New York, New York
   October 5, 2021

SO ORDERED.

*[signature]*

GEORGE B. DANIELS
United States District Judge